HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA MURTAUGH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STAR SCIENTIFIC LIMITED, an Australian corporation; ANDREW HORVATH, an individual, STEVEN HORVATH, an individual; ROBBIE BRIGGS, an individual,<br><br>Defendants. | CASE NO. SACV 15-00113 DOC (RNBx)<br><br>JUDGMENT PURSUANT TO STIPULATION<br><br>Complaint Filed: January 23, 2015<br>Trial Date: None |

Pursuant to the Stipulation for Entry of Judgment executed by the parties thereto, and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. Judgment shall be entered against Defendants Star Scientific Limited, Andrew Horvath and the Estate of Stephen Horvath, and in favor of Plaintiff Melinda Murtaugh in the principal amount of $1,250,000.00 (USD);

2. Plaintiff Melinda Murtaugh is entitled to interest accruing on this Judgment after entry, to the extent it remains unpaid, at the maximum legal rate until this Judgment is paid in full and satisfied;

3. Plaintiff Melinda Murtaugh is awarded the reasonable attorneys' fees, expenses and disbursements incurred by Plaintiff solely in collecting and enforcing this Judgment; and

4. Plaintiff Melinda Murtaugh is awarded her costs of suit as incurred in this action, but excluding attorneys' fees except to the narrow extent permitted by paragraph 3 above.

DATED: May 11, 2018

By: *David O. Carter*
HON. DAVID O. CARTER
DISTRICT COURT JUSTICE